UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-24871-CV-WILLIAMS

JESSICA CAMACHO MIRANDA,

   Plaintiff,

v.

NCL (BAHAMAS) LTD.,

   Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 27) ("***Report***") on Defendant's Motion to Dismiss Plaintiff's Complaint (DE 6) ("***Motion***"). In the Report, Magistrate Judge Goodman recommends that the Court grant Defendant's Motion without prejudice, with leave for Plaintiff file an amended complaint. (DE 27 at 1.) Specifically, the Report finds that Plaintiff impermissibly comingles different theories of negligence within the same count and fails to sufficiently allege actual or constructive notice of a dangerous condition. (*Id.* at 7–9, 10–22.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 27) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss Plaintiff's Complaint (DE 6) is **GRANTED**.

3. **WITHIN TEN (10) DAYS** of the date of this Order, Plaintiff may file an amended complaint that remedies the defects identified in the Complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>29th</u> day of April, 2024.

                                                 KATHLEEN M. WILLIAMS
                                                 UNITED STATES DISTRICT JUDGE